UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MIKE AMINE,

    Plaintiff,

v.

METROPOLITAN LIFE INSURANCE
COMPANY, a New York Corporation,

    Defendant.

Case No. 18-cv-13491
Hon. Matthew F. Leitman

_____/

## ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION TO FILE FIRST AMENDED COMPLAINT (ECF NO. 22)

Plaintiff Mike Amine has filed a Motion to File First Amended Complaint. (*See* Mot, ECF No. 22.)  The Court held a hearing on the motion on January 21, 2021.  For the reasons stated on the record during the hearing, the motion is GRANTED IN PART AND DENIED IN PART as described herein.

Amine attached a proposed Amended Complaint to the motion.  The proposed Amended Complaint made two classes of amendments to the original Complaint.  First, the Amended Complaint included amendments related to Amine's claim for compensation under Section 12 of his Managing Partner Contract and under Part II C of the Schedule of Managing Partner Revenue.  Second, the Amended Complaint added a claim for unjust enrichment and proposed a number of new factual allegations in support of that claim.

1

Within fourteen days, Amine may file an Amended Complaint. In the Amended Complaint, Amine may include the amendments in his proposed Amended Complaint that relate to his claim for compensation under Section 12 of his Managing Partner Contract and under Part II C of the Schedule of Managing Partner Revenue. He may not include in his Amended Complaint a claim for unjust enrichment and/or the allegations in the proposed Amended Complaint that were offered in support of the unjust enrichment claim.

Defendant need not answer or otherwise respond to the Amended Complaint until fourteen days after the Court issues a written ruling on Defendant's pending motion for summary judgment.

**IT IS SO ORDERED.**

s/Matthew F. Leitman  
MATTHEW F. LEITMAN  
UNITED STATES DISTRICT JUDGE

Dated: January 21, 2021

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 21, 2021, by electronic means and/or ordinary mail.

s/Holly A. Monda  
Case Manager  
(810) 341-9764