UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MIKE AMINE,

    Plaintiff,

v.

METROPOLITAN LIFE INSURANCE
COMPANY, a New York Corporation,

    Defendant.

Case No. 18-cv-13491
Hon. Matthew F. Leitman

_____/

## ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (ECF NO. 23)

Plaintiff Mike Amine was formerly affiliated with Metropolitan Life Insurance Company. In this action, Amine seeks three types of post-affiliation compensation. He labels the three types of compensation he seeks as: (1) MPAB (the claim for this compensation is described in the First Amend. Compl. at ¶¶16-17, ECF No. 31, PageID.767), (2) Company Vested Accrued Renewals (the claim for this compensation is described in the First Amend. Compl. at ¶¶18-21, ECF No. 31, PageID.767), and (3) Personal Vested Accrued Renewals (the claim for this compensation is described in the First Amend. Compl. at ¶¶22-25, PageID.768).

Defendant has filed a motion for summary judgment. (*See* Mot. ECF No. 23.) The Court held a video hearing on the motion on April 8, 2021. For the reasons stated on the record during the video hearing, Defendant's motion for summary

1

judgment is **GRANTED IN PART** and **DENIED IN PART**.  Summary judgement is **GRANTED** in favor of Defendant on Amine's claim for compensation under the MPAB and on Amine's claim for Personal Vested Accrued Renewals compensation. Summary judgment is **DENIED** on Amine's claim for Company Vested Accrued Renewals compensation, and that claim (and only that claim) remains for trial.

    **IT IS SO ORDERED.**

                                              s/Matthew F. Leitman  
                                              MATTHEW F. LEITMAN  
                                              UNITED STATES DISTRICT JUDGE

Dated:  April 12, 2021

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 12, 2021, by electronic means and/or ordinary mail.

                                              s/Holly A. Monda  
                                              Case Manager  
                                              (810) 341-9764