UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MIKE AMINE

    Plaintiff,

v.

Case No. 18-cv-13491
Hon. Matthew F. Leitman

METROPOLITAN LIFE INSURANCE
COMPANY,

    Defendant.
_____/

## ORDER REGARDING TRIAL DATE

On February 22, 2022, the Court held an off-the-record status conference with counsel in this action to discuss the scheduling of civil jury trials in this District. As the Court explained to counsel, due to the substantial backlog of jury trials and the continued limited availability of jury selection dates as a result of the ongoing COVID-19 pandemic, the Court has been forced to adopt a trailing docket for civil jury trials. Unfortunately, this requires the Court to schedule several cases for trial on the same day. Moreover, the Court is neither able to provide its usual advanced notice of trial dates nor move a scheduled trial date absent the most extraordinary of circumstances. This likely will require parties to be prepared to begin trial on relatively short notice. Counsel shall take all necessary steps – including but not limited to securing witness testimony by video and engaging backup lead trial

1

counsel – to be prepared for trial, on short notice, once the Court issues a new trial date.

The Court will make every effort possible to inform counsel as soon as a trial date has been selected and to update counsel should there be a change to the trailing docket.

**IT IS SO ORDERED**.

                                            s/Matthew F. Leitman
                                            MATTHEW F. LEITMAN
                                            UNITED STATES DISTRICT JUDGE

Dated: February 22, 2022

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 22, 2022, by electronic means and/or ordinary mail.

                                            s/Holly A. Ryan
                                            Case Manager
                                            (313) 234-5126