UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

MIKE AMINE,

    Plaintiff,                                    Case No. 18-cv-13491
                                                           Hon. Matthew F. Leitman

v.

METROPOLITAN LIFE INSURANCE
COMPANY, a New York Corporation,

    Defendant.
_____/

## ORDER DISMISSING CASE

Pursuant to the Stipulation of Voluntary Dismissal With Prejudice by the parties, this case is DISMISSED with prejudice.

**IT IS SO ORDERED.**

                                         s/Matthew F. Leitman
                                         MATTHEW F. LEITMAN
                                         UNITED STATES DISTRICT JUDGE

Dated: May 26, 2022

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 26, 2022, by electronic means and/or ordinary mail.

                                         s/Holly A. Ryan
                                         Case Manager
                                         (313) 234-5126